**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA 90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiff,
CLARICE ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARICE ANDERSON,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**,<br><br>　　　　Defendants. | Case No.: 4:19−cv−05670-YGR<br><br>**ORDER GRANTING CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Clarice Anderson, and Defendant, FCA US LLC, by and through their respective attorneys of record, hereby stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

-1-
CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE

Civil Procedure. All issues pertaining to attorney's fees and costs have been resolved through the parties' settlement agreement.

ROMANO STANCROFF PC

/s/ Mark Romano
_____
Mark Romano, Esq. (SBN 244113)
Attorney for Plaintiff,
Clarice Anderson

CLARK HILL LLP

/s/ Georges Haddad
_____
Georges A. Haddad, Esq.
Michael B. Sachs, Esq.
Attorneys for Defendant,
FCA US LLC

## ORDER

Pursuant to the above stipulation, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: January 23, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE